Film Title: Dallas Buyers Club

Rights Owner: Dallas Buyers Club, LLC

|  | File Hash : SHA1: 5CD6DC7A993658B0168E3241C090D5EBA269482C |  |  |  |
|---|---|---|---|---|
| John Doe | IP Address | HitDate and UTC Time | ISP | City |
| 1 | 173.160.49.238 | 4/21/14 01:21:36 AM | Comcast Business Communications | Denver |
| 2 | 71.196.254.235 | 4/21/14 01:03:10 AM | Comcast Cable | Aurora |
| 3 | 97.121.172.227 | 4/21/14 12:37:33 AM | CenturyLink | Pueblo |
| 4 | 50.183.79.121 | 4/21/14 12:34:38 AM | Comcast Cable | Littleton |
| 5 | 71.33.202.22 | 4/20/14 11:48:53 PM | CenturyLink | Denver |
| 6 | 24.8.90.60 | 4/20/14 11:40:31 PM | Comcast Cable | Broomfield |
| 7 | 67.161.195.95 | 4/20/14 05:27:23 PM | Comcast Cable | Denver |
| 8 | 70.59.7.79 | 4/20/14 04:55:26 PM | CenturyLink | Englewood |
| 9 | 174.24.13.108 | 4/20/14 03:47:08 PM | CenturyLink | Colorado Springs |
| 10 | 76.25.177.196 | 4/20/14 03:14:37 PM | Comcast Cable | Denver |
| 11 | 70.59.214.110 | 4/20/14 03:01:13 PM | CenturyLink | Colorado Springs |
| 12 | 65.128.99.42 | 4/20/14 11:43:58 AM | CenturyLink | Denver |
| 13 | 216.160.137.126 | 4/20/14 02:26:11 AM | CenturyLink | Denver |
| 14 | 50.183.98.132 | 4/20/14 01:22:49 AM | Comcast Cable | Colorado Springs |
| 15 | 24.9.56.78 | 4/20/14 12:25:40 AM | Comcast Cable | Denver |
| 16 | 107.2.193.105 | 4/19/14 11:45:28 PM | Comcast Cable | Aurora |
| 17 | 71.229.221.84 | 4/19/14 11:04:48 PM | Comcast Cable | Loveland |
| 18 | 67.173.242.70 | 4/19/14 09:38:52 PM | Comcast Cable | Longmont |
| 19 | 71.237.99.69 | 4/19/14 09:09:05 PM | Comcast Cable | Longmont |
| 20 | 50.134.249.145 | 4/19/14 06:24:10 PM | Comcast Cable | Fort Collins |



EXHIBIT A