# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:
November 13, 2013

## Title
**Title of Work:** Dallas Buyers Club

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** November 1, 2013      **Nation of 1st Publication:** United States
**Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Dallas Buyers Club, LLC
2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
**Material excluded from this claim:** script/screenplay, preexisting music
**Previous registration and year:** TXu 1-835-443   2012
**New material included in claim:** all other cinematographic material

## Certification
**Name:** Carly Seabrook
**Date:** November 1, 2013



EXHIBIT B

Page 1 of 1

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608