2/22/2014   Dallas Buyers Club Showtimes | Eventful Movies

CLICK FOR SOUND





**Dallas Buyers Club (R)**
Now playing | 1 hr, 57 min.

Like   Share   g+1   6

**Critic Review:** ★★★★ 3.5/4 stars
**Genre:** Docudrama
**Cast:** Matthew McConaughey, Jennifer Garner, Jared Leto (more)

In mid-1980s Texas, electrician Ron Woodroof (Matthew McConaughey) is stunned to learn that he has AIDS. Though told that ... (read more)

**Bring Dallas Buyers Club to Denver**

**Demand it!**

VIEW TRAILER

**Dallas Buyers Club Showtimes**

*Italicized showtimes denote bargain prices*

**Esquire Theatre**
590 Downing St., Denver, CO 80218
12:00 | 2:30 | 5:00 | 7:30 | 9:45

**UA Denver West Village Stadium 12**
14225 W. Colfax Ave., Golden, CO 80401
*1:15* | 10:05

**Regal SouthGlenn Stadium 14**
6901 S. Vine St., Centennial, CO 80122
4:30 | 7:25 | 10:10

**UA Greenwood Plaza Stadium 12**
8141 E. Arapahoe Road, Englewood, CO 80112
4:30 | 10:15

Online ticketing not available in all theaters





EXHIBIT
C
Blumberg No. 5118