THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02573

DALLAS BUYERS CLUB, LLC,

a Texas Limited Liability Company,

        Plaintiff,

  v.

JOHN DOES 1-20,

        Defendants.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 3.2, Counsel for Plaintiff Dallas Buyers Club, LLC, hereby notifies the court that the following cases pending in this judicial district are related to the above-captioned action in that all plaintiffs are holders of copyrights to mainstream films, there are John Doe defendants, and all of the cases concern alleged BitTorrent copyright infringement and therefore have common questions of law and fact:[1]

1. Dallas Buyers Club, LLC v. John Does 3, 6, and 8-10
   1:14-cv-01267-WYD-MEH;

2. Dallas Buyers Club, LLC v. John Does 1-5, 7, 9-10, 15, and 17
   1:14-cv-01398-WYD-MEH;

---

[1] There are a large number of other cases that are also arguably related to the above-captioned case in this district and other federal judicial districts, however the Plaintiff's counsel in this case is not counsel in those other cases, and, due to the large number of such cases, it would be unduly burdensome for the Plaintiff's counsel in this case to attempt to identify all such cases filed or defended by other counsel.

3. Dallas Buyers Club, LLC v. John Does 2, 4-5, 8, 15, and 19
   1:14-cv-01469-WYD-MEH;

4. Dallas Buyers Club, LLC v. John Does 1, 3, 4-8, 11-12, 14-15, and 17-19
   1:14-cv-01539-WYD-MEH;

5. Dallas Buyers Club, LLC v. John Does 1-5, and 9
   1:14-cv-01629-WYD-MEH;

6. Dallas Buyers Club, LLC v. John Does 1-2, 4-5, 7, 10-12, 15 and 20
   1:14-cv-01773-WYD-MEH;

7. Dallas Buyers Club, LLC v. John Does 1, 4, 6-11, 13, 16, 18, and 20
   1:14-cv-01945-WYD-MEH;

8. Dallas Buyers Club, LLC v. John Does 1-2, 4-6, 8, 10, 12, 15-16, and 18-20
   1:14-cv-01989-WYD-MEH;

9. Dallas Buyers Club, LLC v. John Does 1-4, 6-17, and 19-20
   1:14-cv-02105-WYD-MEH;

10. Dallas Buyers Club, LLC v. John Does 1-20
    1:14-cv-02225-WYD-MEH;

11. Dallas Buyers Club, LLC v. John Does 1-20
    1:14-cv-02424-WYD-MEH;

12. Dallas Buyers Club, LLC v. John Does 1-20
    1:14-cv-02448-WYD-MEH;

13. Dallas Buyers Club, LLC v. John Does 1-20
    1:14-cv-02481-WYD-MEH.

DATED this 17th day of September, 2014.

Respectfully submitted,


/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
2801 Youngfield St., Suite 300
Golden, Colorado 80401
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
david.thunderlaw@gmail.com
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *David J. Stephenson, Jr.*