IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-14, 16-20,

    Defendants.

---

## ORDER

---

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 15 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 25, 2014 (ECF No. 12), it is

ORDERED that Defendant John Doe 15 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 27, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge