IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-14, 16-20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 19 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 28, 2014 (ECF No. 14), it is

ORDERED that Defendant John Doe 19 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  October 28, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge