IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-14, 16-18, 20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on October 30, 2014 (ECF No. 16), it is

ORDERED that Defendant John Doe 12 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  October 30, 2014

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge