IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-11, 13, 16-18, 20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 3, 2014 (ECF No. 18), and its Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 11 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on November 25, 2014 (ECF No. 19), it is

ORDERED that Defendant John Doe 7 and John Doe 11 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  November 25, 2014

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge