IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-6, 7-10, 13, 16-18, 20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 13 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on December 28, 2014 (ECF No. 21), it is

ORDERED that Defendant John Doe 13 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 29, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge