IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

Plaintiff,

v.

JOHN DOES 1-6, 8-10, 14, 16-18, 20,

Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 4 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 3, 2015 (ECF No. 23) and Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe 10 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 16, 2015 (ECF No. 28), it is

ORDERED that Defendant John Does 4 and 10 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 20, 2015

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge