IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1-3, 5-6, 8-9, 14, 16-18, 20,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 3, John Doe 5, John Doe 6, John Doe 16, and John Doe 18 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on January 26, 2015 (ECF No. 30), it is

ORDERED that Defendant John Does 3, 5, 6, 16, and 18 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  January 27, 2015

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge