IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOE 20,

    Defendant.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 2, John Doe 8, John Doe 9, John Doe 14, and John Doe 17 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 11, 2015 (ECF No. 35), it is

ORDERED that Defendant John Does 1, 2, 8, 9, 14, and 17 are **DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

Dated:  March 16, 2015

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge