IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-02573-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

   Plaintiff,

v.

JOHN DOE 20,

   Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant John Doe 20 and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on March 18, 2015 (ECF No. 37), it is

ORDERED that Defendant John Doe 20 and this case are **DISMISSED WITHOUT PREJUDICE**.

Dated:  March 19, 2015

                                             BY THE COURT:

                                             s/ Wiley Y. Daniel
                                             Wiley Y. Daniel
                                             Senior United States District Judge